# UNITED STATES DISTRICT COURT
## Northern District of Ohio

UNITED STATES OF AMERICA

                Plaintiff,

v.                                       Case No.: 5:17–cr–00080–DAP

                                                      Judge Dan Aaron Polster

Robert E. Evans

                Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      Notice of Hearing as to defendant Robert E. Evans; an initial appearance and arraignment are scheduled before Magistrate Judge George J. Limbert in Courtroom 242 in Youngstown, Ohio on 3/9/17 at 9:00 a.m. (S,AA)

**PLACE**
Thomas D. Lambros
United States Courthouse & Federal Building
125 Market Street
Youngstown, OH
44503

March 1, 2017

                                                             Geri M. Smith, Clerk
                                      Anita Ann Schenker, Deputy Clerk