WAIVER OF RIGHTS PURSUANT TO SPEEDY TRIAL ACT OF 1974

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 5:17CR80 |
| Plaintiff(s), | ) | |
| -vs- | ) | ORDER |
| ROBERT EVANS, | ) | |
| Defendant(s). | ) | |

The Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the below signatures reflect that the defendant has waived rights to a speedy trial pursuant the Speedy Trial Act of 1974 (hereinafter "the Act").

The defendant further represents that he/she has discussed his rights under the Act with his/her attorney and specifically waives any and all such rights.

The attorney for the defendant hereby represents that counsel has discussed the defendant's rights under the Act with the defendant, is satisfied that the defendant understands said rights, and concurs with th decision of the defendant to waive said rights.

_____  _____
Defendant                 Attorney for Defendant

IT IS SO ORDERED.

_____
Dan Aaron Polster
United States District Judge